## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**HOLLAND & KNIGHT LLP,**                )
                                        )
    **Plaintiff,**                           )
                                        )
        **v.**                              )       **Case No. 23-cv-00361 (APM)**
                                        )
**NATIONAL RAILROAD PASSENGER**          )
**CORPORATION (AMTRAK),**                )
                                        )
    **Defendant.**                          )
_____)

## <u>ORDER TO SHOW CAUSE</u>

On February 8, 2023, Plaintiff Holland & Knight LLP filed a Freedom of Information Act ("FOIA") complaint against Defendant National Railroad Passenger Corporation ("Amtrak"), asking the court to compel Defendant to produce certain records. *See* ECF No. 1. The FOIA complaint relates to a condemnation proceeding filed by Amtrak that is before this court. *See National Railroad Passenger Corporation (Amtrak) v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007*, No. 22-cv-01043 (APM). The condemnation proceeding is currently in the midst of discovery. *See* Minute Order, *Amtrak v. Sublease Interest*, No. 22-cv-01043 (APM) (D.D.C. April 6, 2023). The documents sought in the FOIA request appear to be duplicative of the documents sought in discovery in the condemnation proceeding.

Plaintiff shall show cause by May 15, 2023, why the FOIA request is not duplicative of the documents sought in discovery in the condemnation proceeding. Specifically, Plaintiff shall address whether there are likely to be records sought under the FOIA request that it has not already received or is not expected to receive in the condemnation proceeding. The court has no desire to

expend resources on a FOIA case that will result in no more than the reissuance of records Plaintiff already has received or is expected to receive through the condemnation action.


Dated:  May 3, 2023

Amit P. Mehta
United States District Court Judge